1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail:        jthompson@clarkhill.com
4  Telephone:    (702) 862-8300
   Facsimile:    (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
9

10 THOMAS A. LARMORE,                    )    **Case No. 2:18-cv-02349-RFB-VCF**
                                         )
11              Plaintiff,               )
                                         )
12 vs.                                   )    **STIPULATION OF EXTENSION OF**
                                         )    **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES LLC;     )    **INFORMATION SERVICES LLC TO**
   DEPARTMENT OF EDUCATION/NAVIENT,      )    **FILE ANSWER**
14                                       )
                                         )    **FIRST REQUEST**
15              Defendants.              )
                                         )

16

17       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19 no opposition.   Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21 answer, move or otherwise respond to the Complaint in this action is extended from January 2,

22 2019 through and including **January 23, 2019**.  The parties are engaging in early settlement

23 negotiations, and they need additional time to determine if the case can be resolved short of

24 litigation.  The request was made by Equifax, and Plaintiff approves.  This stipulation is filed in

25 good faith and not intended to cause delay.

26 . . .

27 . . .

28 . . .

Respectfully submitted, this 4th day of January, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

<u>*No opposition*</u>

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: 1-4-2019

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 4th day of January, 2019, via U.S. Mail, upon:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com