David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS A. LARMORE, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANSUNION, LLC; NAVIENT SOLUTIONS, LLC D/B/A NAVIENT, <br><br> Defendants. | **Case No. 2:18-cv-02349-RFB-VCF** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## **STIPULATION**

Plaintiff THOMAS A. LARMORE and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to, and only

…

…

…

…

…

…

…

as to, TRANS UNION, LLC in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees and costs of suit.

Dated: April 23, 2019

| | |
|---|---|
| By: /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By: /s/ Trevor R. Waite, Esq.<br>Trevor R. Waite, Esq.<br>Nevada Bar No. 13779<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, NV 89149<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.