David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

Attorneys for Plaintiff,
THOMAS A. LARMORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. LARMORE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANSUNION, LLC; NAVIENT SOLUTIONS, LLC D/B/A NAVIENT,<br><br>Defendants. | Case No.: 2:18-cv-02349-RFB-VCF<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT AND DISMISS CASE**<br><br>**(First Request)** |

Plaintiff THOMAS A. LARMORE ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("Experian"), collectively, the "Parties", hereby submit this joint status report and stipulate and agree as follows:

1. Plaintiff commenced this action on 12/12/2018.

2. Experian filed its answer on 1/03/2019.

3. The Parties reached a settlement and on March 14, 2019, Plaintiff filed a Notice of Settlement [ECF Docket #25], requesting that the court set a deadline of sixty (60) days to finalize the settlement and file a dismissal with the Court.

4. On March 15, 2019, the Court entered a Minute Order in Chambers [ECF Docket #26], ordering that the Parties shall file a stipulation for dismissal or a joint status report within 60 days (on or before May 14, 2019).

5. The status of the settlement is as follows:  the terms of the settlement agreement have been negotiated, the terms of the settlement agreement have been reduced to writing, the form of the written settlement agreement has been approved by the Parties, and the settlement agreement has been forwarded to Plaintiff for execution on May 13, 2019.

///

///

///

///

///

///

///

///

///

///

6.      It is anticipated that the settlement will be finalized and a stipulation for dismissal, with prejudice, will be filed with the court within thirty (30) days.

Accordingly, the Parties request that the Court extend the deadline to file a stipulation of dismissal for thirty (30) days and that all deadlines be stayed.

So Stipulated, May 14, 2019

/s/ Shawn W. Miller
Shawn W. Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

Attorneys for Plaintiff
*THOMAS A. LARMORE*

/s/ Andrew J. Sharples
Andrew J. Sharples, Esq.
Naylor & Braster
1050 Indigo Drive
Suite 200
Las Vegas, NV 89145

And

Katherine A. Neben
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612-4408

Attorneys for Defendant
*EXPERIAN INFORMATION SOLUTIONS, INC*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day of May, 2019.