George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, THOMAS A. LARMORE*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. LARMORE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANSUNION, LLC; NAVIENT SOLUTIONS, LLC D/B/A NAVIENT,<br><br>Defendant. | Case No. 2:18-cv-02349-RFB-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>NAVIENT SOLUTIONS, LLC D/B/A NAVIENT</u>** |

   Plaintiff THOMAS A. LARMORE and Defendant, NAVIENT SOLUTIONS, LLC D/B/A NAVIENT, hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

…

shall be dismissed *with prejudice* in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, NAVIENT SOLUTIONS, LLC D/B/A NAVIENT**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: July 17, 2020

| By: | By: |
|---|---|
| /s/*George Haines, Esq.*<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>FREEDOM LAW FIRM, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff,*<br>THOMAS A. LARMORE | /s/*Michael Ayers, Esq.*<br>Michael Ayers, Esq<br>Nevada Bar No. 12503<br>HOLLY, DRIGGS, WALCH, FINE, PUZEY STEIN & THOMPSON<br>800 S. Meadows Parkway, Suite 800<br>Reno, Nevada 89521<br>*Attorney for Defendant,*<br>NAVIENT SOLUTIONS, LLC D/B/A NAVIENT |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of July, 2020.